# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127549(32)

FARM BUREAU GENERAL INSURANCE
COMPANY, Subrogee of JAMIE and LAURA
GYOMORY,
      Plaintiff-Appellee,

v

DETROIT EDISON COMPANY,
      Defendant-Appellant.

SC: 127549
COA: 248576
Sanilac CC: 02-028555-NZ

_____/

On order of the Court, the motion for reconsideration of this Court's order of July 26, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

Clerk

d0221